■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL A. GARCIA, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers, typewritten briefs, from order entered August 1, 1957 granted on court's own motion, and upon reargument, motion granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN THOMAS, JAMES THOMAS and ANTHONY THOMAS, Appellants.— Motion granted and appeal dismissed, without costs.

■ ANTHONY BODAMI et al., Appellants, v. DONALD HARRISON, Respondent. — In view of the hardship demonstrated in the moving papers, permission granted to appeal on one typewritten copy of minutes and five typewritten copies of other papers constituting record on appeal, and five typewritten briefs. (See Eagle Contractors v. Black, 5 A D 2d 954.) Appeal dismissed unless typewritten records and briefs are filed on or before August 10, 1960. Respondent's brief must be filed and served on or before August 26, 1960 if case is to be argued at the September 1960 Term of court.

■ JAMES C. HEANEY, Appellant, v. COUNTY OF ERIE, Respondent, and BUFFALO PHILHARMONIC ORCHESTRA SOCIETY, INC., Intervenor-Respondent.— Respondent's motion granted to oppose appeal on typewritten briefs as filed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OWEN VEST, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLETON MITCHELL, Respondent, against WALTER B. MARTIN, as Warden of Attica Prison, Appellant. — Motion granted and order entered May 16, 1960, dismissing appeal, vacated, on condition that respondent's brief is filed on or before August 25, 1960 and that the appeal be argued at the September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE L. LEWTS and OTIS WILLIAMS, Appellants.— Motion granted and conditional order of May 5, 1960 modified to extend time for filing and serving records and briefs to August 5, 1960.

■ ROBERT SMITH, Respondent, v. EDGAR NELSON et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before August 10, 1960.

■ In the Matter of the Probate of the Will of BARBARA O. HEPT, Deceased.— Motion granted on condition that records and briefs are filed and served on or before August 1, 1960 and on the further condition that the appeal be argued at the September 1960 Term of court.

■ In the Matter of HARRY LAMBERTSON, Appellant, against DEPARTMENT OF CORRECTION, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE R. KRZYWOSZ, Appellant.— Application for final order of dismissal of appeal denied. Appellant's motion granted upon reargument to appeal on original papers, typewritten briefs, from order of December 31, 1959. Victor C. Silverstein, Esq., assigned as counsel to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court; appellant's briefs to be filed and served on or before August 10, 1960.